IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC. and COMPASS RE NY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REAL ESTATE BOARD OF NEW YORK, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-2195<br><br>**PLAINTIFF COMPASS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Compass, Inc., through the undersigned counsel of record, certifies that: (1) SVF Excalibur (Cayman) Limited holds more than 10% of the stock of Compass, Inc.; (2) SoftBank Group Corp., a public company, in turn holds more than 10% of the stock of SVF Excalibur (Cayman) Limited; and (3) no other publicly-held company holds 10% or more of Compass's stock.

Dated: March 12, 2021

Respectfully submitted,

*/s/ Glen G. McGorty*
Glen G. McGorty
CROWELL & MORING LLP
590 Madison Ave, 20th Floor
New York, NY 10022
(212) 223-4000
gmcgorty@crowell.com

Chahira Solh
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
(949) 263-8400
csolh@crowell.com
*Pro Hac Vice pending*

*Attorneys for Plaintiffs*
*Compass, Inc. and Compass RE NY, LLC*