

3 Park Plaza, 20th Floor, Irvine, CA  92614 ■ p949.263.8400 ■ f949.263.8414

Chahira Solh
(949) 798-1367
CSolh@crowell.com

July 2, 2021

The Honorable Alison J. Nathan
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

Re:  Compass, Inc. and Compass RE NY, LLC v. Real Estate Board of New York, Inc. – Case No. 1:21-CV-02195-AJN – Request for Oral Argument

Dear Judge Nathan:

      Plaintiffs Compass, Inc. and Compass RE NY, LLC ("Compass") filed today in the above-captioned matter their opposition to Defendant Real Estate Board of New York, Inc.'s ("REBNY") Motion to Dismiss (ECF 13).  Under Rule 3(E) of this Court's Individual Practices in Civil Cases, Compass respectfully requests oral argument on REBNY's Motion to Dismiss.  In the case any additional information is required, please do not hesitate to have the Chambers contact me.  Thank you in advance for the Court's consideration of this request.

      Respectfully submitted,

/s/ Chahira Solh
Chahira Solh (*pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
(949) 263-8400
csolh@crowell.com

Glen G. McGorty
CROWELL & MORING LLP
590 Madison Ave, 20th Floor
New York, NY 10022
(212) 223-4000
gmcgorty@crowell.com

The Honorable Alison J. Nathan
July 2, 2021
Page 2

                                          Diane Shrewsbury (*pro hac vice*)
                                          CROWELL & MORING LLP
                                          1001 Pennsylvania Ave NW
                                          Washington, DC 20004
                                          (202) 624-2500
                                          dshrewsbury@crowell.com

                                          *Attorneys for Plaintiffs*
                                          *Compass, Inc. and Compass RE NY, LLC*

CC:     All Parties of Record (via CM/ECF)