

**Chahira Solh**
CSolh@crowell.com
(949) 798-1367  direct

Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
+1.949.263.8400  main
+1.949.263.8414  fax

July 18, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Compass, Inc. and Compass RE NY, LLC v. Real Estate Board of New York, Inc., No. 1:21-cv-02195 – Joint Status Letter

Dear Judge Schofield:

Plaintiffs Compass, Inc. and Compass RE NY, LLC (collectively, "Compass"), jointly with Defendant Real Estate Board of New York, Inc. ("REBNY") (with Compass, the "Parties") respectfully submit this joint status letter pursuant to the Court's Order dated April 18, 2022 (ECF No. 39).

## I.   Procedural History of Case

**Pleadings Filed to Date**.  Compass filed its Complaint on March 12, 2021 (ECF No. 1).  REBNY filed its Answer on May 5, 2022 (ECF No. 43).

**Motions Filed to Date**.  REBNY filed its Motion to Dismiss the Complaint on May 18, 2021 (ECF Nos. 13-15).  Compass filed its Memorandum of Law in Opposition to Defendant's Motion to Dismiss on July 2, 2021 (ECF No. 25), and REBNY filed its Memorandum of Law in Further Support of its Motion to Dismiss the Complaint on July 30, 2021 (ECF No. 29).  On March 31, 2022, the Honorable Alison J. Nathan denied REBNY's motion to dismiss as to Compass's antitrust claims, but granted REBNY's motion to dismiss as to Compass's tortious interference claims (ECF No. 32).

On April 14, 2022, REBNY filed a Motion for Partial Reconsideration or Reargument Under Local Rule 6.3 of the Court's March 31, 2022 Order, specifically the portion of the Order denying REBNY's motion to dismiss Compass's antitrust claims (ECF Nos. 36-37).  Compass filed its Memorandum in Opposition to Defendant Real Estate Board of New York, Inc.'s Motion for Partial Reconsideration or Reargument Under Local Ruel 6.3 on April 28, 2022 (ECF No. 40).  The motion is fully briefed and is pending before this Court.

## II.   Status of Discovery

**Protocols**.  The Court approved the Parties' Protective Order and Protocol for the Production of Documents and Electronically Stored Information on June 23, 2022.  (Dkts. Nos. 47-48).



**Discovery Requests**.  On June 17, 2022, Compass served its Responses and Objections to Defendant REBNY's First Set of Requests for Production of Documents.  As noted in the Parties' previous status letter, REBNY served its Responses and Objections to Plaintiffs' First Set of Requests for Production on June 8, 2022.  The Parties are engaged in meet and confers to resolve their respective objections.  Neither Compass nor REBNY have produced any documents as of the date of this joint status report.

NRT New York LLC d/b/a The Corcoran Group ("Corcoran") served its responses and objections to Compass's subpoena for the production of documents and to provide corporate deposition testimony on June 23, 2022.  Douglas Elliman served its responses and objections to Compass's subpoena for the production of documents and to provide corporate deposition testimony on June 27, 2022.  Compass is engaged in meet and confers with Corcoran and Douglas Elliman to attempt to resolve their objections.  Neither Corcoran nor Douglas Elliman have produced any documents as of the date of this joint status report.

**Plans to Meet Court Ordered Discovery Deadlines**.  The parties are working diligently to meet the Court's ordered discovery deadlines and are actively engaged in meet-and-confers on the scope of discovery.

Please let us know if there is any additional information the Parties could provide that would be helpful to the Court.

    Respectfully submitted,

    */s/ Chahira Solh*
    Chahira Solh (*pro hac vice*)
    CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
    Irvine, CA 92614
    (949) 263-8400
    csolh@crowell.com

    Glen G. McCorty
    CROWELL & MORING LLP
    590 Madison Ave, 20th Floor
    New York, New York 10022
    (212) 223-4000
    gmcgorty@crowell.com

    Diane Shrewsbury (*pro hac vice*)
    CROWELL & MORING LLP
    1001 Pennsylvania Ave NW
    Washington, DC 20004
    (202) 624-2500
    dshrewsbury@crowell.com

    *Attorneys for Plaintiffs*
    *Compass, Inc. and Compass RE NY, LLC*



        */s/ Claude G. Szyfer*
        Claude G. Szyfer
        Bruce H. Schneider
        Patrick Petrocelli
        STROOCK & STROOCK & LAVAN LLP
        180 Maiden Lane
        New York, NY 10038
        Tel.: (212) 806-5400
        Fax: (212) 806-6006
        cszyfer@stroock.com
        bschneider@stroock.com
        ppetrocelli@stroock.com

        *Attorneys for Defendant Real Estate Board of New York, Inc.*