IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC. and COMPASS RE NY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REAL ESTATE BOARD OF NEW YORK, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-02195-LGS<br><br>[PROPOSED] ORDER |

THIS MATTER is before the Court on the Motion to Withdraw Appearance of Diane A. Shrewsbury as Counsel for Plaintiffs Compass, Inc. and Compass RE NY, LLC. Upon due consideration and for good cause shown, it is hereby ORDERED that the Motion to Withdraw is GRANTED and Diane A. Shrewsbury is removed as counsel for Plaintiffs Compass, Inc. and Compass RE NY, LLC and from the electronic notification system for the case.

It is SO ORDERED.

Entered: August 29, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**