# Holland & Knight

31 West 52nd Street | New York, New York 10019 | T 212.513.3200 | Holland & Knight LLP

Robert J. Burns
+1 212-513-3200
Robert.Burns@hklaw.com

September 30, 2022

> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**
>
> Application **GRANTED IN PART.** Non-party NRT New York LLC d/b/a The Corcoran Group ("Corcoran") shall file a response to Plaintiffs' letter by **October 14, 2022.** Any pre-motion conference, if necessary, will be scheduled upon receipt of Corcoran's letter.
>
> Plaintiffs shall serve this Order on non-party Corcoran by **October 4, 2022**.
>
> Dated: October 3, 2022
> New York, New York

VIA ECF

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Compass's Request for Pre-Motion Conference on Motion to Compel;** *Compass, Inc. and Compass RE NY, LLC v. Real Estate Board of New York, Inc.*, Case No. 21-2195 ("**Antitrust Action**").

Dear Judge Schofield:

Pursuant to Rules II.B, III.A.1, and III.C.3 of the Court's Individual Rules, Local Rule 37.2, and Federal Rule of Civil Procedure 45, Plaintiffs Compass, Inc. and Compass RE NY, LLC (collectively, "**Compass**") and Non-Party NRT New York LLC d/b/a The Corcoran Group ("**Corcoran**") jointly write to advise the Court regarding the September 29, 2022 letter, filed by Compass [ECF No. 68] ("**Pre-Motion Letter**"), requesting a pre-motion conference to be held on October 13, 2022 regarding a motion by Compass to compel Corcoran to comply with certain document demands in Compass's Subpoena to Produce Documents served on Corcoran ("**Document Subpoena**").

Before the Court entered ECF No. 69, Compass agreed to amend its request such that it now requests the pre-motion conference be held on October 28, 2022, and agreed to extend Corcoran's deadline to file a response to the Pre-Motion Letter to and through October 14, 2022.

Consistent with their agreement, Compass and Corcoran therefore respectfully request that any pre-motion conference regarding the Document Subpoena be held no sooner than October 28, 2022, and that the Court extend Corcoran's deadline (which the Court set for October 10, 2022 in ECF No. 69) to file a response to the Pre-Motion Letter to and through October 14, 2022.

Compass and Corcoran thank the Court for its attention and consideration to this matter.

Hon. Lorna G. Schofield
September 30, 2022
*Page 2*

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Fanchiang* | */s/ Robert J. Burns* |
| Chahira Solh (*pro hac vice*) | Robert J. Burns |
| Marlee Santos (Bar No. 5570593) | HOLLAND & KNIGHT LLP |
| Eric Fanchiang (*pro hac vice*) | 31 West 52nd Street |
| CROWELL & MORING LLP | New York, NY 10019 |
| 3 Park Plaza, 20th Floor | (212) 513-3200 |
| Irvine, CA 92614 | robert.burns@hklaw.com |
| (949) 263-8400 | |
| csolh@crowell.com | Nicholas A. Sarokhanian* |
| msantos@crowell.com | HOLLAND & KNIGHT LLP |
| efanchiang@crowell.com | 1722 Routh Street, Suite 1500 |
| | Dallas, Texas 75201 |
| Glen G. McGorty | (214) 964-9500 |
| CROWELL & MORING LLP | nicholas.sarokhanian@hklaw.com |
| 590 Madison Ave, 20th Floor | |
| New York, New York 10022 | **unopposed motion for pro hac vice* |
| (212) 223-4000 | *forthcoming* |
| gmcgorty@crowell.com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Non-Party NRT New York LLC* |
| *Compass, Inc. and Compass RE NY, LLC* | *d/b/a The Corcoran Group* |

cc:     All counsel of record (via ECF); counsel for Corcoran (via email)