UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
COMPASS, INC., et al.,                :
                 Plaintiffs,   :      21 Civ. 2195 (LGS)
                 :
       -against-            :           <u>ORDER</u>
                 :
REAL ESTATE BOARD OF NEW YORK, INC., :
                 Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Amended Case Management Plan and Scheduling Order, dated August 31, 2022, requires the parties to file a status letter every thirty days, as outlined in Individual Rule IV.A.2.  The last status letter was filed October 17, 2022.

        WHEREAS, the next status letter was due November 16, 2022.  No such status letter was filed.  It is hereby

        **ORDERED** that the parties shall file the required status letter as soon as possible, and no later than **November 18, 2022**.

Dated: November 17, 2022
        New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE