IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS, INC. and COMPASS RE NY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>REAL ESTATE BOARD OF NEW YORK, INC.,<br><br>Defendant. | Case No.: 1:21-cv-02195-LGS<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Non-Party Subpoena Recipient Douglas Elliman, LLC's ("Elliman") hereby moves this Court before Honorable Lorna G. Schofield, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be determined the Court, for an Order, pursuant to Federal Rule of Civil Procedure 45(d)(1), granting Elliman's motion for attorneys' fees and costs ("Motion") incurred in connection with responding to two subpoenas issued by Compass, Inc. and Compass RE NY LLC in the above-captioned case. The Motion is supported by an accompanying memorandum of law and declaration by Jessica T. Rosenberg.

Dated: February 2, 2023
New York, New York

KASOWITZ BENSON TORRES LLP

By: */s/ Jessica T. Rosenberg*
Jessica T. Rosenberg
(jrosenberg@kasowitz.com)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Counsel to Non-Party Douglas Elliman, LLC*